HIGHWAY FREIGHT COMPANY, RESPONDENT, v. NEW JERSEY DEPARTMENT OF LABOR ET AL., APPELLANTS.

Submitted February 14, 1941—Decided April 25, 1941.

For the respondent, *Arthur T. Vanderbilt*.

For the appellants, *Sidney Finkel* (*Harry Green*, of counsel).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, THOMPSON, JJ. 15.

*For reversal*—None.